# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELVIN CHARLES COLEMAN, JR.,

        *Petitioner*,

vs.

ROBERT LEGRAND, *et al.,*

        *Respondents.*

No. 3:14-cv-00337-RCJ-VPC

ORDER

       Following upon the notice (#8) of appearance by petitioner's counsel in this habeas matter,

       IT IS ORDERED that the Federal Public Defender's Office is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Jonathan M. Kirshbaum, Esq., appearing as petitioner's counsel of record.

       IT FURTHER IS ORDERED that petitioner shall have until up to and including thirty **(30) days** from entry of this order within which to file an amended petition and/or seek other appropriate relief. Neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding as to the expiration of the federal limitation period and/or of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely asserting claims, without regard to any deadlines established or extensions granted herein. That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims

1 | contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

The Court will screen the amended petition and any papers filed therewith prior to ordering further action in the matter.

DATED:     September 9, 2014.

_____
ROBERT C. JONES
United States District Judge