# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELVIN CHARLES COLEMAN, JR.,

    Petitioner,

vs.

ROBERT LEGRAND, *et al.*,

    Respondents.

Case No. 3:14-cv-00337-RCJ-VPC

**ORDER**

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Before the court is petitioner's motion for leave and extension of time to file a second amended petition (#14). Good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for leave and extension to file a second amended petition (#14) is **GRANTED**. Petitioner shall have up to and including December 9, 2014 to file a second amended petition.

Dated this 21st day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE