# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

MELVIN CHARLES COLEMAN, JR.,

              Petitioner,

v.

ROBERT LEGRAND, et al.,

              Respondent(s).

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:14-cv-00337-RCJ-VPC**

___     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is denied on the merits and this action is dismissed with prejudice.

      **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

September 18, 2017

**DEBRA K. KEMPI**
Clerk


/s/ K. Rusin
Deputy Clerk